UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

C.A. No. 03-40093-NMG 

NANCY A. KENNEY-DUSKA,
Individually, as Administratrix of the
Estate of DAVID T. KENNEY III, and as
Natural Parent and Legal Guardian of
DAVID M. KENNEY, BRIAN P.
KENNEY and KYLE T. KENNEY,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA, and
AMERICAN INTERNATIONAL
GROUP, INC.,

Defendants.

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMERICAN INTERNATIONAL GROUP, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant American International Group, Inc. ("AIG") states the following:

1.  AIG has no parent company.



2. AIG is itself a publicly traded company; no publicly traded company owns ten percent (10%) or more of AIG's stock.

Respectfully submitted,

AMERICAN INTERNATIONAL GROUP, INC.,

By its attorneys,

HOLLAND & KNIGHT LLP

*/s/ Daniel K. Hampton*
Stephen S. Young (BBO No. 538040)
Daniel K. Hampton (BBO No. 634195)
Matthew C. Bouchard (BBO No. 651490)
10 St. James Avenue
Boston, MA 02116
617-523-2700

Date: June 13, 2003

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to the below counsel via first class mail on this 13th day of June, 2003:

Mark B. Decof, Esq.
Vincent T. Cannon, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

*/s/ Daniel K. Hampton*
Daniel K. Hampton

BOS1 #1345315 v1

2