# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

NANCY A. KENNEY-DUSKA, Individually,
as Administratrix of the Estate of
DAVID T. KENNEY III, and as Natural
Parent and Legal Guardian of DAVID M.
KENNEY, BRIAN P. KENNEY and
KYLE T. KENNEY

vs.                                    C.A. NO.: 03-40093-NMG

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA, and
AMERICAN INTERNATIONAL GROUP, INC.

## AFFIDAVIT OF SERVICE

Now comes Vincent T. Cannon, Esq., and upon oath does aver and swear as follows:

1. I am the attorney for plaintiff Nancy A. Kenney-Duska in the above-entitled action;

2. On May 16, 2003, I mailed a copy of the summons and complaint in this action to Corporation Service Company, agent for service for defendant National Union Fire Insurance Company of Pittsburg, PA, and United States Corporation Company, agent for service for defendant American International Group, Inc;

3. The summons and complaint was received by both agents for service on May 19, 2003. Copies of the return receipts are appended to this affidavit;

4. Service of the summons and complaint upon defendants National Union Fire Insurance Company of Pittsburgh, PA and American International Group, Inc. is

complete and proper under Mass. R. Civ. P. 4(e) and Fed. R. Civ. P. 4(e)(1).

_____
Vincent T. Cannon

Subscribed and Sworn to before me this __18th__ day of _July_, 2003.

_____
NOTARY PUBLIC
My Commission Expires: Sept 7, 2005

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903 to **Stephen S. Young, Esq., Matthew C. Bouchard, Esq., and Daniel Hampton, Esq.,** Holland & Knight LLP, 10 St. James Avenue, Boston, MA 02116 on this 18th day of July 2003.

_____

2