# DECOF & DECOF

*A Professional Corporation*

COUNSELLORS AT LAW

Leonard Decof
Mark B. Decof
John S. Foley
Vincent T. Cannon
Donna M. Di Donato
Daniel J. Schatz
Howard B. Klein
Charles A. Tamuleviz
Christopher E. Hultquist
Patrick C. Barry
Jennifer A. Barry
Gil A. Bianchi, Jr.

Mark J. Brice, *Of Counsel*

One Smith Hill
Providence, Rhode Island 02903
Telephone (401) 272-1110
Facsimile (401) 351-6641

130 Bellevue Avenue
Newport, Rhode Island 02840
Telephone (401) 848-5700
Facsimile (401) 847-3390

www.decof.com

*Please reply to:*
☑ Providence  ☐ Newport

May 12, 2004

Honorable Mark L. Wolf
United States District Court for the
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Kenney-Duska, et al v. National Union Fire
     Insurance Company of Pittsburg, PA, et al
     C.A. No. 03-40093-NMG

Dear Judge Wolf:

I am writing to provide a Status Report on the underlying case, Nancy A. Kenney v. Massachusetts Electric Company, C.A. No. 01-40156-NMG, as directed by the Court in its Order dated December 7, 2003.

At this time, a Final Pretrial Conference has not been scheduled by the Court. I expect that a Conference will be scheduled in the next few months.

Very truly yours,

Vincent T. Cannon

VTC/lms

cc: Stephen S. Young, Esq.

Kenney II L008