UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

C.A. No. 03-40093-MLW

| | |
|---|---|
| NANCY A. KENNEY-DUSKA, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, ET AL., <br><br> Defendants. | **STIPULATION OF DISMISSAL** |

The parties hereto hereby stipulate and agree that this action may be dismissed, with prejudice, without costs to any party, all parties waiving all rights of appeal.

PLAINTIFFS, NANCY A. KENNEY-DUSKA ET AL.

By their attorneys,
DECOF & DECOF, P.C.

By: _____
Mark B. Decof (RI Bar #2357)
Admitted Pro Hac Vice per Order
Vincent T. Cannon (BBO #072240)
One Smith Hill
Providence, RI 02903
401-351-6641

DEFENDANTS, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA

By their attorneys,
HOLLAND & KNIGHT LLP

By: _____
Stephen S. Young (BBO No. 538040)
10 St. James Avenue
Boston, MA 02116
617-523-2700

Date: _____, 2004

# 2351384_v1